AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Robert Holland Koon#227826, aka Robert Koon, aka Robert H. Koon<br>*Plaintiff*<br>v.<br>President Donald Trump, US Attorney General, Bureau of Prisons Director, USDOJ, Governor Henry McMaster, Bryan Stirling, Mitch McConnell, Nancy Pelosi and FBI<br>*Defendant* | )<br>)<br>)  Civil Action No.    4:20-cv-1389-DCN<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: This case is dismissed with prejudice and without issuance and service of process.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge who adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:    June 23, 2020                              *CLERK OF COURT*


                                                    s/Debbie Stokes
                                                    *Signature of Clerk or Deputy Clerk*